UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

HERBERT ALLEN CAREY,

    Plaintiff,

-against-

THE BELTRONE GROUP, LLC AND
JOSEPH CARANFA, Individually and
as Property Manager of The Beltrone
Group, LLC

    Defendants.

No. 1:12-cv-1545 (FJS/CFH)

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, by and between the Parties hereto, through their undersigned counsel, who state that they have been authorized by the Parties to enter into this Stipulation, that the above-captioned action is hereby dismissed in its entirety, with prejudice to Plaintiff, including the removal of Joseph Caranfa from the complaint in its entirety, and with no award of attorneys' fees, costs and/or disbursements to any Party.

Dated: August 12, 2013

ATTORNEYS FOR PLAINTIFF

By: _____
Joseph M. Dougherty (Bar Roll 515968)
Hinman Straub P.C.
121 State Street
Albany, New York 12207
Tel.: (518) 436-0751
Fax: (518) 436-4751
E-mail: jdougherty@hinmanstraub.com

Dated: August 30, 2013       By: /s/ Clemente J. Parente
                                 Clemente J. Parente (Bar Roll 301987)
                                 JACKSON LEWIS LLP
                                 18 Corporate Woods Boulevard, 3rd Floor
                                 Albany, New York 12211
                                 Tel.:  (518) 434-1300
                                 Fax:   (518) 427-5956
                                 E-mail: clemente.parente@jacksonlewis.com

ATTORNEYS FOR DEFENDANT

SO ORDERED:

Dated: November 21, 2013

                                 /s/ Frederick J. Scullin, Jr.
                                 ~~Hon. Christian F. Hummel~~ Frederick J. Scullin, Jr.
                         Senior  United States District Judge

4835-4435-6373, v. 1